Paul F. Utrecht (CA Bar No. 118658)
UTRECHT & LENVIN, LLP
109 Stevenson Street, 5th Floor
San Francisco, CA 94105
Phone: (415)357-0600
Email: putrecht@ullawfirm.com

Thomas W. Connors (OH Bar No. 7226)
BLACK McCUSKEY SOUERS
& ARBAUGH, LPA
220 Market Avenue S. Suite 1000
Canton, OH 44702
Phone: (330)456-8341
Email: tconnors@bmsa.com

Attorneys for Plaintiffs
Peyman Pakdel and Sima Chegini

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICK OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEYMAN PAKDEL and SIMA CHEGINI,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNT OF SAN FRANCISOC, a Chartered California City and County; SAN FRANCISCO BOARD OF SUPERVISORS; and elected body of the City and County of San Francisco; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, a department of the City and County of San Francisco; and DOES 1-25 inclusive,<br><br>    Defendants. | Case No.:   3:17-cv-03638<br>AMENDED<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS MOTION TO DISMISS** |

   The parties hereby stipulate to a continuance of the City and County of San Francisco's ("Defendants") Motion to Dismiss and the Court's Initial Case Management Conference, and to adjust the briefing schedule on that motion accordingly.

## RECITALS

WHEREAS, Plaintiffs Peyman Pakdel and Sima Chegini (collectively "Plaintiffs"), filed the above-captioned action on June 26, 2017, for alleged violation of Federal Civil Rights Under 42 U.S.C. §1983 and California State Law (Cal. Gov't Code §7060-7060.7, Cal. Civil Code §1954.52, Cal Const. Art. I, §1);

WHEREAS, the Court scheduled the Initial Case Management Conference on September 28, 2017 at 10:00 a.m.;

WHEREAS, Defendants on August 18, 2017, filed a Motion to Dismiss Complaint and scheduled the hearing for September 28, 2017 at ~~11:30 a.m.~~ 1:30 p.m.;

## STIPULATION

NOW THEREFORE, the parties hereby agree and stipulate that:

1. The Motion to Dismiss, currently set for September 28, 2017, be continued to November 9, ~~2018~~ 2017, at ~~11:30 a.m.~~ 1:30 p.m.;

   a. Plaintiffs' opposition papers will be due on October 12, 2017;

   b. Defendants' reply papers, if any, will be due on October 30, 2017;

2. The Initial Case Management Conference, currently set for September 28, 2017, be continued to December 14, 2017 at 10:00 a.m.;

**SO STIPULATED:**

Dated: August 28, 2017                    **UTRECHT & LENVIN, LLP**

By: __/s/ Paul F. Utrecht_____
Paul F. Utrecht
Attorneys for Plaintiff
Peyman Pakdel and Sima Chegini

Dated: August 28, 2017

By: _/s/ Kristen A. Jenson_____
Kristen A. Jenson
Attorneys for Defendant
City and County of San Francisco

**ORDER**

The Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the Motion to Dismiss currently set for September 28, 2017 at ~~11:30 a.m.~~ 1:30 p.m., be and hereby is continued to November 9, ~~2018~~ 2017, at ~~11:30 a.m.~~ 1:30 p.m. Plaintiffs' opposition papers shall be due on October 12, 2017 and Defendants reply papers shall be due on October 30, 2017. IT IS FURTHER ORDERED that the Initial Case Management Conference currently set for September 28, 2017 at 10:00 a.m., be and hereby is continued to December 14, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 8/28/17

_____
Richard Seeborg
United States District Judge