# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2021

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

>    **Re: Peyman Pakdel, et ux.**
>         **v. City & Cnty. of San Francisco, CA, et al.,**
>         **No. 20-1212 (Your docket No. 17-17504)**

Dear Clerk:

   Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

                                        Sincerely,

                                        SCOTT S. HARRIS, Clerk

                                        By  *[signature]*

                                        Hervé Bocage
                                        Judgments/Mandates Clerk

Enc.
cc:   Jeffrey Wilson McCoy, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2021

Mr. Jeffrey Wilson McCoy, Esq.
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814

  **Re: Peyman Pakdel, et ux.
    v. City & Cnty. of San Francisco, CA, et al.,
    No. 20-1212**

Dear Mr. McCoy:

  Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

  The petitioners are given recovery of costs in this Court as follows:

    **Clerk's costs:  $300.00**

  This amount may be recovered from the respondents.

        Sincerely,

        SCOTT S. HARRIS, Clerk

        By
        Herve' Bocage
        Judgments/Mandates Clerk

cc: Clerk, USCA 9th Circuit
   (Your docket No. 17-17504)

# Supreme Court of the United States

No. 20-1212

**PEYMAN PAKDEL, ET UX.,**

Petitioners

v.

**CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted.  The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit.

**IT IS FURTHER ORDERED** that the petitioners Peyman Pakdel, et ux. recover from the City and County of San Francisco, California, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 28, 2021

**Clerk's costs:**      $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States