UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEYMAN PAKDEL; SIMA CHEGINI,<br><br>        Plaintiffs-Appellants,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>        Defendants-Appellees. | No.   17-17504<br><br>D.C. No. 3:17-cv-03638-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: GOULD, BEA, and FRIEDLAND, Circuit Judges.

Appellants' motion for supplemental briefing and oral argument [Dkt. 77] is **DENIED** as moot.