UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEYMAN PAKDEL and SIMA CHEGINI,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>        Defendants - Appellees. | No. 17-17504<br><br>D.C. No. 3:17-cv-03638-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered August 06, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7