AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| PEYMAN PAKDEL and SIMA CHEGINI | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    3:17-CV-03638-RS |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Peyman Pakdel and Sima Chegini    .

Date:    08/23/2021

/s/ Jeffrey W. McCoy
*Attorney's signature*

Jeffrey W. McCoy, No. 317377
*Printed name and bar number*

Pacific Legal Foundation
930 G Street
Sacramento, CA 95814

*Address*

jmccoy@pacificlegal.org
*E-mail address*

(916) 419-7111
*Telephone number*

(916) 419-7747
*FAX number*