JEFFREY W. McCOY, No. 317377
Email: JMcCoy@pacificlegal.org
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

ROBERT H. THOMAS, No. 160367
Email: RThomas@pacificlegal.org
JAMES S. BURLING, No. 113013
Email: JBurling@pacificlegal.org
ERIN E. WILCOX, No. 337427
Email: EWilcox@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

PAUL F. UTRECHT
Email: utrecht@ullawfirm.com
Utrecht & Lenvin, LLP
109 Stevenson Street, 5th Floor
San Francisco, California 94105
Telephone: (415) 357-0600

THOMAS W. CONNORS
Email: tconnors@warnermendenhall.com
Warner Mendenhall, Inc.
190 North Union Street, Suite 201
Akron, Ohio 44304
Telephone: (330) 535-9160

Attorneys for Plaintiffs
Peyman Pakdel and Sima Chgini

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN PAKDEL and SIMA CHGINI,<br><br>             Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>             Defendants. | No. 3:17-cv-03638-RS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge: Richard Seeborg |

TO THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil L.R. 5-1(c)(2)(C), Erin E. Wilcox withdraws as counsel for Plaintiffs Peyman Pakdel and Sima Chgini in this matter. Jeffrey W. McCoy, Robert H. Thomas, James S. Burling, Paul F. Utrecht, and Thomas W. Connors will continue to serve as counsel for Plaintiffs.

DATED: May 9, 2022.

                Respectfully submitted,

                JEFFREY W. McCOY
                ROBERT H. THOMAS
                JAMES S. BURLING
                ERIN E. WILCOX
                PAUL F. UTRECHT
                THOMAS W. CONNORS

                By /s/ Erin E. Wilcox
                      ERIN E. WILCOX

*Attorneys for Plaintiffs Peyman Pakdel and Sima Chgini*

## Certificate of Service

I hereby certify that on May 9, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Erin E. Wilcox
ERIN E. WILCOX