JEFFREY W. McCOY, No. 317377
Email: JMcCoy@pacificlegal.org
ROBERT H. THOMAS, No. 160367
Email: RThomas@pacificlegal.org
JAMES S. BURLING, No. 113013
Email: JBurling@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

PAUL F. UTRECHT
Email: utrecht@ullawfirm.com
Utrecht & Lenvin, LLP
109 Stevenson Street, 5th Floor
San Francisco, California 94105
Telephone: (415) 357-0600

THOMAS W. CONNORS
Email: tconnors@warnermendenhall.com
Warner Mendenhall, Inc.
190 North Union Street, Suite 201
Akron, Ohio 44304
Telephone: (330) 535-9160

Attorneys for Plaintiffs
Peyman Pakdel and Sima Chegini

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN PAKDEL and SIMA CHEGINI,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　　　　　　　　　　Defendants. | No. 3:17-cv-03638-RS<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Richard Seeborg |

Stipulation and Order
No. 3:17-cv-03638-RS

1  Pursuant to Local Rule 6-2, Peyman Pakdel and Sima Chegini ("Plaintiffs")
2  and City and County of San Francisco, sued herein as City and County of San
3  Francisco; San Francisco Board of Supervisors; and San Francisco Department of
4  Public Works (collectively herein "San Francisco") by and through their attorneys of
5  record hereby stipulate and agree as follows:

6  1. On January 5, 2022, Plaintiffs filed a First Amended Complaint.

7  2. On April 1, 2022, San Francisco moved to dismiss the First Amended
8  Complaint, which this Court heard on September 29, 2022.

9  3. On July 14, 2022, this Court set the Initial Case Management
10 Conference for November 3, 2022, with the Case Management Statement due by
11 October 27, 2022.

12 4. The parties agree that they cannot address the scope of potential
13 discovery and other matters as required in the Case Management Statement until
14 this Court decides the Motion to Dismiss the First Amended Complaint and the
15 parties know what, if any, claims remain in the First Amended Complaint.

16 5. The parties agree that the Initial Case Management Conference should
17 be continued to January 12, 2023, at 10:00 a.m., or to such other date as is
18 acceptable to the Court.

19 6. The continuance of the Initial Case Management Conference may
20 extend the scheduling of other Court dates and deadlines; the parties agree that no
21 party is prejudiced by these extensions.

22 For the foregoing reasons, the parties request that the Initial Case
23 Management Conference scheduled for November 3, 2022, be continued to
24 January 12, 2023, at 10:00 a.m., or to such other date as is acceptable to the Court.

Dated: October 20, 2022.

Respectfully submitted,

JEFFREY W. McCOY
ROBERT H. THOMAS
JAMES S. BURLING
ERIN E. WILCOX
PAUL F. UTRECHT
THOMAS W. CONNORS


By /s/ Jeffrey W. McCoy
    JEFFREY W. McCOY

Attorneys for Plaintiffs Peyman Pakdel and Sima Chegini


Dated: October 20, 2022

DAVID CHIU
City Attorney
KRISTEN A. JENSEN
CHRISTOPHER TOM
Deputy City Attorneys


By /s/ Kristen A. Jensen (with consent)
    KRISTEN A. JENSEN

Attorneys for Defendants

## **ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to  December 1, 2022 at 10:00 am.  Joint Case Management Conference Statement due on November 23, 2022.

IT IS SO ORDERED.

Dated: October 25, 2022

_____
Richard Seeborg
UNITED STATES DISTRICT JUDGE