Paul F. Utrecht (CA Bar No. 118658)
Ray Yetka (CA Bar No. 286829)
Utrecht & Lenvin, LLP
109 Stevenson Street, 5th Floor
San Francisco, CA  94105
Phone:  (415) 357-0600
Email:  putrecht@ullawfirm.com

Attorney for Plaintiffs
Peyman Pakdel and Sima Chgini

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PEYMAN PAKDEL and SIMA CHEGINI,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a Chartered California City and County; SAN FRANCISCO BOARD OF SUPERVISORS; an elected body of the City and County of San Francisco; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, a department of the City and County of San Francisco; and DOES 1-25 inclusive,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-03638<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL** |

　　　Plaintiffs Peyman Pakdel and Sima Chegini hereby demand a trial by jury of all issues so triable as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED:  January 4, 2023　　　　　　　　　　UTRECHT & LENVIN, LLP


　　　　　　　　　　　　　　　　　　　　　　　 s/ Paul F. Utrecht
　　　　　　　　　　　　　　　　　　　　　　Paul F. Utrecht
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs