Paul F. Utrecht (CA Bar No. 118658)
UTRECHT & LENVIN, LLP
109 Stevenson Street, 5th Floor
San Francisco, CA 94105
Phone: (415)357-0600
Email: putrecht@ullawfirm.com

Thomas W. Connors (OH Bar No. 7226)
BLACK McCUSKEY SOUERS
& ARBAUGH, LPA
220 Market Avenue S. Suite 1000
Canton, OH 44702
Phone: (330)456-8341
Email: tconnors@bmsa.com

Attorneys for Plaintiffs
Peyman Pakdel and Sima Chegini

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICK OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PEYMAN PAKDEL and SIMA CHEGINI,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNT OF SAN FRANCISCO, a Chartered California City and County; SAN FRANCISCO BOARD OF SUPERVISORS; and elected body of the City and County of San Francisco; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, a department of the City and County of San Francisco; and DOES 1-25 inclusive,<br><br>    Defendants. | Case No.:   3:17-cv-03638<br><br>**STIPULATION AND CONTINUING STATUS CONFERENCE** |

   In light of a successful settlement conference, the parties hereby stipulate to a continuance of the upcoming Case Management Conference.

**RECITALS**

A.  The Court scheduled a Case Management Conference for September 21, 2023 at 10:00 a.m.  In advance of the conference, the parties are required to submit updated case management statements by September 14, 2023.

B.  On August 17, 2023, the parties attended a Settlement Conference with Hon. Joseph C. Spero.  At the Settlement Conference, the parties reached an agreement in principle on the major settlement terms, and are now working to document a final settlement agreement.

C.  Judge Spero set a Further Settlement Conference, if necessary, for October 11, 2023.  The parties expect to sign a final settlement agreement prior to the Further Settlement Conference.

**STIPULATION**

The parties hereby request that the court continue the Case Management Conference, currently set for September 21, 2023, to a date no sooner than October 31, 2023.

UTRECHT & LENVIN, LLP

Dated: August 24, 2023

By: _____/s/ Paul Utrecht_____
Paul F. Utrecht
Attorneys for Plaintiff
Peyman Pakdel and Sima Chegini

Dated:  August 24, 2023

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
CHRISTOPHER T. TOM
Deputy City Attorneys

By: _____/s/ Christopher Tom_____
Christopher T. Tom
Attorneys for Defendant
City and County of San Francisco

UTRECHT & LENVIN, LLP
109 Stevenson Street, 5th Floor
San Francisco, CA 94105