Paul F. Utrecht (CA Bar No. 118658)
UTRECHT & LENVIN, LLP
109 Stevenson Street, 5th Floor
San Francisco, CA 94105
Phone: (415)357-0600
Email: putrecht@ullawfirm.com

Thomas W. Connors (OH Bar No. 7226)
BLACK McCUSKEY SOUERS
& ARBAUGH, LPA
220 Market Avenue S. Suite 1000
Canton, OH 44702
Phone: (330)456-8341
Email: tconnors@bmsa.com

Attorneys for Plaintiffs
Peyman Pakdel and Sima Chegini

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICK OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PEYMAN PAKDEL and SIMA CHEGINI,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY AND COUNT OF SAN FRANCISCO, a Chartered California City and County; SAN FRANCISCO BOARD OF SUPERVISORS; and elected body of the City and County of San Francisco; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, a department of the City and County of San Francisco; and DOES 1-25 inclusive,<br><br>          Defendants. | Case No.:   3:17-cv-03638<br><br>**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

Based on the above Stipulation, and good cause appearing, the Case Management Conference currently set for September 21, 2023 at 10:00 a.m., is continued to October 31, 2023 at 10:00 a.m.  The parties' updated case management statement is due to be filed by October 24, 2023.

IT IS SO ORDERED.

Dated:

_____
Richard Seeborg
United States District Judge