1   DAVID CHIU, State Bar #189542
    City Attorney
2   KRISTEN A. JENSEN, State Bar #130196
    CHRISTOPHER T. TOM, State Bar #271650
3   Deputy City Attorneys
    City Hall, Room 234
4   San Francisco, California 94102-4682
    Telephone:    (415) 554-4615
5   Facsimile:    (415) 554-4757
    E-Mail:       Kristen.Jensen@sfcityatty.org
6                 Christopher.Tom@sfcityatty.org

7
    Attorneys for Defendants
8   CITY AND COUNTY OF SAN FRANCISCO

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  PEYMAN PAKDEL and SIMA CHEGINI,          Case No. 3:17-cv-03638-RS

13          Plaintiffs,                      **STIPULATION AND REQUEST FOR**
                                             **CONTINUANCE OF ORDER TO SHOW**
14          vs.                              **CAUSE HEARING**

15  CITY AND COUNTY OF SAN FRANCISCO
    a Chartered California City and County; SAN   Hearing Date:     January 25, 2024
16  FRANCISCO BOARD OF SUPERVISORS,
    an elected body of the City and County of San  Judge:           Richard Seeborg
17  Francisco; SAN FRANCISCO
    DEPARTMENT OF PUBLIC WORKS, a
18  department of the City and County of San
    Francisco; and DOES 1-25 inclusive,
19
            Defendants.
20

21

22
            The parties jointly file this written report updating the Joint Case Management Statement
23
    initially filed on November 29, 2021 and most recently updated by a Stipulation to Continue Case
24
    Management Conference filed on October 30, 2023.
25
            The parties have reached a settlement in the above case, subject to approval by the San
26
    Francisco Board of Supervisors.  The Government Audit and Oversight Committee ("GAO
27
    Committee") of the Board of Supervisors will hear the settlement in closed session on Thursday,
28

1  January 18, 2024.  If approved by the GAO Committee, the settlement ordinance will then move to the

2  full Board of Supervisors, where it must be approved by a majority vote, and will be subject to two

3  readings.

4          In light of conditional settlement of this matter, the parties request that the Court continue the

5  Order to Show Cause Hearing and all related dates by 60 days.

6  Dated:  January 17, 2024                    DAVID CHIU
                                                City Attorney
7                                               KRISTEN A. JENSEN
                                                CHRISTOPHER T. TOM
8                                               Deputy City Attorneys

9                                               By: /s/ KRISTEN A. JENSEN
                                                     KRISTEN A. JENSEN
10

11                                              Attorneys for Defendants
                                                City and County of San Francisco, et al.
12

13  Dated:  January 17, 2024

14

15                                              JEFFREY W. McCOY
                                                ROBERT H. THOMAS
16                                              JAMES S. BURLING
                                                ERIN E. WILCOX
17                                              PAUL F. UTRECHT
                                                THOMAS W. CONNORS

18                                              By: /s/ PAUL F. UTRECHT

19                                              Attorneys for Plaintiffs
                                                Peyman Pakdel and Sima Chegini
20

21

22

23

24

25

26

27

28

1

**ORDER**

2
      Pursuant to the foregoing stipulation of the parties, and good cause appearing therefore, IT IS

3
HEREBY ORDERED that:
               Show Cause Response Due April 4, 2024.

4
      The Order to Show Cause Hearing in this matter is continued to April 11, 2024.

5
      IT IS SO ORDERED.

6
Dated: ___January 18_____, 2024

7
Hon. Richard Seeborg
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28